# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERN LEI and ROSS GILSON<br><br>– v. –<br><br>CITY OF PHILADELPHIA | Civil Action<br><br>No. 2:24-cv-02716 |
| **NOTICE OF APPEARANCE** | |

To the Clerk of Court and all parties of record:

I am admitted to practice or otherwise authorized to practice in this Court. I appear in this case for Plaintiffs Vern Lei and Ross Gilson.

Respectfully submitted,

*/s/ Daniel J. Auerbach*
Daniel J. Auerbach (PA I.D. No. 316856)
AUERBACH PLLC
241 South 6th Street, #1902B
Philadelphia, PA 19106
(215) 983-6966
dan@auerbach.llc

Dated: June 20, 2024