AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   24-2716

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Philadelphia**
was received by me on *(date)* **6/21/2024**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* ~~6/21/2024~~ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Millie Colon**, who is designated by law to accept service of process on behalf of *(name of organization)* **City of Philadelphia** on *(date)* **6/21/2024 at 2:21 p.m.**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ **0** for travel and $ **0** for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **6/21/2024**

*Server's signature*

**Daniel J. Auerbach, Counsel for Plaintiffs**
*Printed name and title*

**241 S. 6th St, #1702B, Phila., PA 19106**
*Server's address*

Additional information regarding attempted service, etc: