UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA 19106-1797
215-597-3978

June 25, 2024

**NOTICE OF TELEPHONE CONFERENCE:**

RE:   24-2716, LEI et al v. CITY OF PHILADELPHIA

Counsel,

Please be advised that a telephone conference is scheduled for Monday, July 1, 2024 at 10:30 AM to discuss Plaintiffs' Motion for Temporary Restraining Order (ECF #5). The call-in information is below.

TEL: 866-390-1828
CODE: 9101355#

s/Joseph B. Walton

_____
Joseph B. Walton
Deputy to Judge Brody

**COPIES SENT VIA ECF**