**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VERN LEI and ROSS GILSON,** | : | |
| | : | **Civil Action** |
| **Plaintiffs,** | : | **No. 24-2716** |
| | : | |
| v. | : | **Judge Anita B. Brody** |
| | : | |
| **CITY OF PHILADELPHIA,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of Defendant.

                CITY OF PHILADELPHIA
                LAW DEPARTMENT

BY:      */s/ Michael Pfautz*
                Deputy City Solicitor
                Attorney I.D. No.  325323
                1515 Arch Street, 15th Floor
                Philadelphia, PA 19102
                Phone: (215) 683-5233
                Fax: (215) 683-5299
                Michael.Pfautz@phila.gov

DATED:  June 26, 2024

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Entry of Appearance upon all counsel of record via ECF system, and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

BY:     */s/ Michael Pfautz*
        Deputy City Solicitor

Dated: June 26, 2024