**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | CIVIL ACTION |
| VERN LEI et al | : | No. 24-2716 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |

## SCHEDULING ORDER

**AND NOW**, this 1st day of July 2024, it is **ORDERED** as follows:

1. An in-person hearing on Plaintiff's Motion for Preliminary Injunction (ECF #5) will be held September 16, 2024 at 10:30 AM, in Courtroom 7B, 7th floor, 601 Market St., Philadelphia, PA 19106

2. Pre-hearing timetable:

   - Defendant's response to Plaintiff's motion is due on or before: August 5, 2024

   - Plaintiff's reply is due on or before: August 26, 2024

3. Judge Brody's Policies and Procedures can be accessed via the United States District Court for the Eastern District of Pennsylvania's website at **www.paed.uscourts.gov**.

        s/ANITA B. BRODY, J.
        ANITA B. BRODY, J.