UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERN LEI and ROSS GILSON,** : | |
| Plaintiffs, : | |
| : | |
| v. : | **Case Number** |
| : | **24-2716** |
| **CITY OF PHILADELPHIA,** : | |
| Defendant. : | |

## NOTICE OF ENTRY OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Bailey Axe as co-counsel for Defendant the City of Philadelphia in connection with the above-captioned matter.

Date: July 12, 2024                           */s/ Bailey E. Axe*
                                              **BAILEY E. AXE**
                                              Deputy City Solicitor
                                              PA Attorney I.D. 309686
                                              City of Philadelphia Law Department
                                              1515 Arch Street, 15th Floor
                                              Philadelphia, PA 19102
                                              (215) 683-5443
                                              (215) 683-5397 (fax)
                                              bailey.axe@phila.gov

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERN LEI and ROSS GILSON,** : | |
| Plaintiffs, : | |
| : | |
| v. : | Case Number |
| : | 24-2716 |
| **CITY OF PHILADELPHIA,** : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I, Bailey Axe, certify that a true and correct copy of the foregoing Entry of Appearance was filed via the Court's electronic filing system and is available for downloading.

/s/ Bailey E. Axe
**BAILEY E. AXE**
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 683-5443
(215) 683-5397 (fax)
bailey.axe@phila.gov

*Attorney for the City of Philadelphia*

Dated: July 12, 2024