UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERN LEI and ROSS GILSON,** | : |
| Plaintiffs, | : |
| | : |
| v. | : Case Number |
| | : 24-2716 |
| **CITY OF PHILADELPHIA,** | : |
| Defendant. | : |
| | : |
| | : |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM

Defendant the City of Philadelphia (the "City") files this Motion to Dismiss Plaintiffs' Complaint under Rule 12(b)(6) (the "Motion"). In support of this Motion, the City incorporates the attached Memorandum of Law. The City respectfully requests that this Court dismiss the Complaint as asserted against it with prejudice.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
RENEE GARCIA, CITY SOLICITOR

Dated: July 12, 2024            */s/ Bailey Axe*
                                LYDIA FURST (PA ID No. 307450)
                                Chief Deputy City Solicitor
                                BAILEY AXE (PA ID No. 309686)
                                Deputy City Solicitor
                                MICHAEL PFAUTZ (PA ID No. 325323)
                                Deputy City Solicitor
                                Affirmative & Special Litigation
                                CITY OF PHILADELPHIA LAW DEPARTMENT
                                1515 Arch Street, 15th Floor
                                Philadelphia, PA 19102
                                Phone: (215) 683-5443
                                bailey.axe@phila.gov

                                *Counsel for Defendant City of Philadelphia*