UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERN LEI and ROSS GILSON,** : | |
| Plaintiffs, : | |
| : | |
| v. : | **Case Number** |
| : | **24-2716** |
| **CITY OF PHILADELPHIA,** : | |
| Defendant. : | |
| : | |
| : | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant City of Philadelphia's Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is dismissed with prejudice.

_____
ANITA B. BRODY, J.