## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERN LEI and ROSS GILSON,** : | |
| Plaintiffs, : | |
| : | |
| v. : | **Case Number** |
| : | **24-2716** |
| **CITY OF PHILADELPHIA,** : | |
| Defendant. : | |
| : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused a true and correct copy of the foregoing Defendant's Motion to Dismiss and accompanying Memorandum of Law to be served via CM/ECF filing upon counsel for all parties.

> */s/ Bailey Axe*
> BAILEY AXE
> Deputy City Solicitor

Dated: July 12, 2024