UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vern **Lei**, *and* <br> Ross **Gilson**, <br>  *Plaintiff(s);* <br> vs. <br> City of **Philadelphia**, <br>  *Defendant.* | *No.* 24-cv-02716 |

## NOTICE OF VOLUNTARILY DISMISSAL

**PLEASE TAKE NOTE**, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i), Plaintiffs Lei and Gilson, via the undersigned counsel, hereby given notice the above-captioned action is **VOLUNTARILY DISMISSED** against Defendant City of Philadelphia.

Respectfully Submitted,

**Andrew B. Austin**, Esq.
Pennsylvania Bar # 323768
P.O. Box # 54628
Philadelphia, Pennsylvania, 19148
+1 (610) 656-1956
austin@replev.in

**Auerbach PLLC**
Daniel J. Auerbach (I.D. No. 316856)
241 South 6th Street, # 1902B
Philadelphia, PA 19106
(215) 983-6966
dan@auerbach.llc

*Attorneys for Plaintiffs*